Case 2:25-cv-03215-DJC-CKD    Document 10    Filed 04/20/26    Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| STERLING SAMM, | No. 2:25-cv-3215 DJC CKD P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| DAO VANG, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 23, 2026, the Magistrate Judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued February 23, 2026, are adopted in full;

2. Petitioner's petition for a writ of habeas corpus (ECF No. 1) is dismissed without prejudice;

3. This Clerk of the Court is directed to close this case; and

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

Dated:   **April 17, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2